IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

LEO TURNER,

        Plaintiff,

v.

HON. STEPHEN K. BUSHONG and
BRITTA E. WARREN,

        Defendants.

No. 3:12-cv-02363-ST

OPINION AND ORDER

MOSMAN, J.,

On January 4, 2013, Magistrate Judge Stewart issued her Findings and Recommendation ("F&R") [3] in the above-captioned case, recommending that plaintiff's application to proceed *in forma pauperis* [1] be granted and that plaintiff's complaint [2] be dismissed with prejudice for lack of jurisdiction. Plaintiff filed objections [6].

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge, but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made. 28 U.S.C. § 636(b)(1)(C). However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed. *See*

1 – OPINION AND ORDER

*Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R. 28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Stewart's recommendation, and I ADOPT the F&R [3] as my own opinion.

IT IS SO ORDERED.

DATED this 14 day of February, 2013.

/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Judge

2 – OPINION AND ORDER